TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Filito Canom Larese,<br><br>       Petitioner,<br>  v.<br><br>Pamela Bondi, *et.al.*,<br><br>       Respondents. | Case No. 2:26-cv-00423-JAD-NJK<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus (ECF No. 7) and for Petitioner to file a Reply**<br><br>**(First Request)** |

[ECF No. 12]

Petitioner Filito Canom Larese ("Petitioner") and Federal Respondents Pamela Bondi, Kristi Noem, Michael Bernacke, and Todd Lyons ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition"), ECF No. 7, extending the deadline from March 24, 2026 to March 27, 2026. Additionally, the parties stipulated that Petitioner's Reply in support of the Amended Petition will be due on April 3, 2026. The requested extension modifies the briefing schedule set in this Court's Order, ECF No. 3, to mirror the briefing schedule set in Order, ECF No. 11 regarding Petitioner's Motion for Temporary Restraining Order, ECF No.10, in an attempt to avoid the filing of duplicative pleadings. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended Petition from March 24, 2026, to March 27, 2026, and Petitioner's Reply to April 3, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 24th day of March 2026.

Rene L. Valladares
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Kaitlin McCormick-Huhn
Kaitlin McCormick-Huhn
Assistant Federal Public Defender
Nevada State Bar No. 16582
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kaitlin_McCormick-Huhn@fd.org
Attorney for Petitioner

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**ORDER**

With good cause appearing, IT IS ORDERED that the parties' stipulation to extend time [ECF No. 12] is GRANTED.  The response to the petition is due on March 27, 2026, and the reply is due on April 3, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 24, 2026

2